IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. __05 - CV - 02497-OES__

DEC 9 - 2005

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MR. GREGORY S. ORTIZ, acting on behalf of Amber M. Dawson, Donoven Dawson, Hailee Dawson, Dylan Starnes,

    Plaintiff,

v.

AURORA CITY MUNICIPLE [sic], STATE OF COLORADO,
INSURANCE COMPANY FOR AURORA CITY MUNCIPLE [sic],
POLICE OFFICER ANTHONY MARTINEZ, City of Aurora,
POLICE OFFICER ERIC BOND, City of Aurora,
POLICE OFFICER SEAN MITCHELL, City of Aurora,
UNKNOWN POLICE SUPERVISOR, City of Aurora, and
UNKNOWN TRAINING OFFICER, City of Aurora,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  \_\_  is not submitted
(2)  \_\_  is missing affidavit
(3)  X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official and does not cover the entire 6-month period.</u>)
(4)  \_\_  is missing required financial information
(5)  \_\_  is missing an original signature by the prisoner
(6)  \_\_  is not on proper form (must use the court's current form)
(7)  \_\_  names in caption do not match names in caption of complaint, petition or habeas application
(8)  \_\_  An original and a copy have not been received by the court. Only an original has been received.
(9)  \_\_  other _____

**Complaint, Petition or Application:**
(10) \_\_  is not submitted
(11) \_\_  is not on proper form (must use the court's current form)
(12) \_\_  is missing an original signature by the prisoner
(13) \_\_  is missing page nos. \_\_
(14) \_\_  uses et al. instead of listing all parties in caption
(15) \_\_  An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) X   names in caption do not match names in text
(18) \_\_  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff together with

a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 9 day of December, 2005.

BY THE COURT:

_____
O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05 - CV - 02497-OES

Gregory S. Ortiz
# 0513598
Arapahoe County
P.O. Box 4918
Englewood, CO 80155-4918

I hereby certify that I have mailed a copy of the **ORDER and Prisoner Complaint** to the above-named individuals on 12-9-05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk