# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 3 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02497-ZLW

AMBER M. DAWSON,
DONOVAN G. DAWSON,
HAILEE B. DAWSON, and
DYLAND B. STARNES, wife and decendents [sic] of Daniel W. Dawson (deceased),

    Plaintiffs,

v.

CITY AND COUNTY OF AURORA,
ANTHONY T. MARTINEZ, ID #18554, individually and in his capasity [sic] as an officer
    of Aurora Police Department,
SEAN MITCHELL, ID #24211, individually and in his capasity [sic] as an officer of
    Aurora Police Department,
ERIC J. BOND, ID #18565, indiviually [sic] and in his capasity [sic] as an officer of
Aurora
    Police Department,
MELVIN M. COBB, ID #8450, indiviually [sic] and in his capasity [sic] as an officer of
    Aurora Police Department,
JEFFREY LONGNECKER, ID #21696, indiviually [sic] and in his official capasity [sic] as
a Detective, city of Aurora, Colorado Police,
STEPHEN F. REDFEARN, ID #23303, indiviually [sic] and in his capasity [sic] as a
Detective, city of Aurora, Colorado Police, and
UNKNOWN JOHN OR JANE DOES, individually and in their official capacities as
    Aurora Police Officers,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the letter to the Court submitted by Gregory S. Ortiz, the original Plaintiff in this case, and filed by the Court on February 9, 2006. In the letter, Mr. Ortiz asks for copies of the documents filed in this case and asks that the Court waive any costs associated with providing him with those copies. He also submitted a motion to file without payment and supporting financial affidavit so that he may obtain those copies without charge. Plaintiff's February 9 request for free copies of the documents filed in this case is DENIED. Plaintiff is advised that he should not submit to the Court any documents he may want copies of because the Court's electronic filing system does not allow the Court to maintain paper copies. Plaintiff may

obtain copies of the electronic documents in this action at a cost of fifty cents per page, to be paid in advance.

Dated: February 13, 2006

Copies of this Minute Order mailed on February 13, 2006, to the following:

Gregory S. Ortiz
Prisoner No. 0513598
Arapahoe County
PO Box 4918
Englewood, CO 80155-4918

_____
Secretary/Deputy Clerk